

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2019

No. 04-19-00358-CR

Wesley Byron **BIERHALTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2010-CR-B
Honorable William Old, Judge Presiding

# O R D E R

Patricia Wagner's Notification of Late Reporter's Record is hereby NOTED. Reporter's record must be filed no later than November 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk